1  *[COUNSEL LISTED ON FOLLOWING PAGE]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LEFEVRE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC BELL DIRECTORY, a California corporation; AT&T ADVERTISING SOLUTIONS, a business entity form unknown; AT&T INTERACTIVE, a business entity form unknown; AT&T INC., a corporation; YP HOLDINGS, LLC, a business entity form unknown; and YP WESTERN DIRECTORY LLC, a limited liability company, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 14-cv-03803-WHO<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Complaint Filed: June 16, 2014 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**CASE NO. 14-cv-03803-WHO**
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**

1 | Stanley D. Saltzman, Bar No. 90058
ssaltzman@marlinsaltzman.com
2 | William A. Baird, Bar No. 192675
tbaird@marlinsaltzman.com
3 | MARLIN & SALTZMAN, LLP
29229 Canwood Street, Suite 208
4 | Agoura Hills, California 91301
Telephone: 818.991.8080
5 | Facsimile: 818.991.8081

6 | Ira Spiro, Bar No. 67641
ira@spirolawcorp.com
7 | SPIRO LAW CORP.
11377 W. Olympic Blvd., Fifth Floor
8 | Los Angeles, California 90064
Telephone: 310.235.2350
9 | Facsimile: 310.235.2351

10 | Attorneys for Plaintiff JUSTIN LEFEVRE

11 | Julie A. Totten, Bar No. 166470
jatotten@orrick.com
12 | ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
13 | Sacramento, California 95814
Telephone:    916.329.4908
14 | Facsimile:    916.329.4900

15 | Joshua D. Kienitz, Bar No. 244903
jkienitz@littler.com
16 | R. Keith Chapman, Bar No. 282331
kchapman@littler.com
17 | LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
18 | San Francisco, California  94108.2693
Telephone:    415.433.1940
19 | Facsimile:    415.399.8490

20 | Attorneys for Defendants
 YP ADVERTISING & PUBLISHING LLC
21 | (formerly known as YP WESTERN DIRECTORY
LLC and PACIFIC BELL DIRECTORY) and YP
22 | HOLDINGS LLC.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

2

CASE NO. 14-cv-03803-WHO
STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE; ORDER

Plaintiff JUSTIN LEFEVRE and Defendants YP ADVERTISING & PUBLISHING LLC (formerly known as YP WESTERN DIRECTORY LLC and PACIFIC BELL DIRECTORY) and YP HOLDINGS LLC (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

Whereas a case Management Conference is set for June 2, 2015;

Whereas Plaintiffs' counsel is currently unavailable to attend the conference on June 2, 2015, due to intervening circumstances; and,

Whereas counsel have met and conferred are available on June 16, 2015, to attend a further case management conference;

**IT IS HEREBY STIPULATED**, by and between the Parties hereto, through their respective counsel of record, as follows:

The Case Management Conference presently set for June 2, 2015, is continued to June 16, 2015, or a date thereafter convenient for the Court.

Dated: May 19, 2015

   /s/  William A. Baird
STANLEY D. SALTZMAN
WILLIAM A. BAIRD, ESQ.
MARLIN & SALTZMAN, LLP
Attorneys for Plaintiff JUSTIN LEFEVRE

Dated: May 19, 2015

   /s/  Julie A. Totten
JULIE A. TOTTEN
ORRICK, HERRINGTON & SUTCLIFFE LLP

JOSHUA D. KIENITZ
R. KEITH CHAPMAN
LITTLER MENDELSON, P.C.
Attorneys for Defendants
YP ADVERTISING & PUBLISHING LLC (formerly known as YP WESTERN DIRECTORY LLC and PACIFIC BELL DIRECTORY) and YP HOLDINGS LLC

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

3

CASE NO. 14-cv-03803-WHO
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

DATED: May 19, 2015                     William A. Baird
                                        William A. Baird

**ORDER ON STIPULATION**

Having reviewed the foregoing stipulation and for good cause appearing,

**IT IS HEREBY ORDERED**:

1. The Case Management Conference will be continued until June **23**, 2015 at **2:00** P.M.

Dated: May 21, 2015

HON. WILLIAM H. ORRICK
United States District Judge

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

4

CASE NO. 14-cv-03803-WHO
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER