UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LEFEVRE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC BELL DIRECTORY, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-03803-WHO<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND CONDITIONAL CERTIFICATION SCHEDULE**<br><br>Re: Dkt. No. 49 |

　　In light of the proposed settlement of this case, the Court VACATES the Case Management Conference set for October 13, 2015, VACATES the schedule for conditional certification of FLSA claims, and ORDERS that the parties file a motion for preliminary approval of the settlement no later than November 13, 2015.

　　**IT IS SO ORDERED**.

Dated: October 9, 2015



WILLIAM H. ORRICK
United States District Judge